■ BERNARD J. WOJTKOWIAK, as Candidate for Mayor, et al., Appellants, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents. — Order unanimously affirmed, without costs. (See *Matter of McCarthy v Lawley,* 35 AD2d 126, affd 27 NY2d 754; *Matter of Ottinger v Lomenzo,* 35 AD2d 747; *Matter of Carr,* 94 App Div 493; Election Law, § 15-108, subd 5). (Appeal from order of Erie Supreme Court — Election Law.) Present — Dillon, P.J., Simons, Hancock, Jr., Doerr and Schnepp, JJ. (Decided March 12, 1981.)